**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

JULES E. NGAMBO,

Plaintiff,

-against-

LISA A. PURCELL, in her Official Capacity as Petitioner, et al.,

Defendants.

-------------------------------------------------------------X

25 **CIVIL** 9428 (LLS)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 4, 2026, the Court has dismissed this action. The Court has dismissed Plaintiff's federal-law claims under the domestic-relations abstention doctrine. To the extent that Plaintiff raises claims under state law, under the court's supplemental jurisdiction, the Court has declined to consider such claims. *See* 28 U.S.C. § 1367(c)(3). The Court has denied all pending motions and requests.

**Dated:** New York, New York

September 11, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**